# Order

Michigan Supreme Court
Lansing, Michigan

May 29, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158658

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

JERRON JASON DAVIS,
   Defendant-Appellant.

SC: 158658
COA: 343964
Oakland CC: 2006-210240-FC

_____/

On order of the Court, the application for leave to appeal the September 19, 2018 order of the Court of Appeals is considered. We DIRECT the Oakland County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 29, 2019



s0522

Clerk